Road Commissioners v. Railroad.

WEAKLEY COUNTY ROAD COMMISSIONERS *et al. v.* ILLINOIS CENTRAL RAILROAD COMPANY.

(*Jackson.* April Term, 1910.)

APPEALS. Motion for new trial is essential in cases tried before circuit judge without a jury.

A motion for a new trial is as essential and necessary in a case tried by the circuit judge without the intervention of a jury, as it is in a case tried with or before a jury.

Case cited and approved: Railroad v. Johnson, 114 Tenn., 632.

FROM WEAKLEY.

Appeal in error from the Circuit Court of Weakley County.

H. L. HILL, Special Judge.

J. W. RANKIN, for plaintiffs.

HALL & JONES, for defendants.

PER CURIAM.

This is an appeal in error from the judgment of the trial judge, who disposed of the case without the intervention of a jury. No motion for a new trial was made in the court below.

In *Railroad* v. *Johnson*, 114 Tenn., 632, 88 S. W., 169, there was an intimation of our dissatisfaction with the earlier holding that in such a case a motion for a new trial was not necessary. Since then it has been held that it is essential. This harmonizes the practice in all cases coming to this court from the common-law courts.

Judgment affirmed..